In re:  Case No. 23-00404-MJC
Lois-Jean Cescilia Benjamin  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Feb 28, 2023     Form ID: asextnd     Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lois-Jean Cescilia Benjamin, 5826 Decker Road, Bushkill, PA 18324-8866 |
| 5524218 | | AMERICAN EXPRESS LEGAL, PO BOX 278, RAMSEY, NJ 07446-0278 |
| 5524226 | + | CITY OF NEW YORK PENSION FUND, 340 JAY STREET, BROOKLYN, NY 11201-2930 |
| 5524239 | + | PROSPER MARKETPLACE INC, 101 2ND STREET FL 15, SAN FRANCISCO, CA 94105-3672 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5524217 | + | Email/PDF: bncnotices@becket-lee.com | Feb 28 2023 18:50:24 | AMERICAN EXPRESS HEAD OFFICE, WORLD FINANCIAL CENTER, 200 VESEY STREET, NEW YORK, NY 10285-1000 |
| 5524219 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 28 2023 18:49:00 | BARCLAYS BANK, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 5524220 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 28 2023 18:49:00 | BARCLAYS BANK DELAWARE, 125 S WEST STREET, WILMINGTON, DE 19801-5014 |
| 5524221 | | Email/Text: cms-bk@cms-collect.com | Feb 28 2023 18:49:00 | CAPITAL MANAGEMENT SVCS, 698 1/2 S OGDEN STEET, BUFFALO, NY 14206-2317 |
| 5524222 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2023 18:50:10 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5524223 | + | Email/Text: jessicaoehrlein@cpcrecovery.com | Feb 28 2023 18:49:00 | CENTRAL PORTFOLIO CONTROL INC, 10249 YELLOW CIRCLE DR STE 200, MINNETONKA, MN 55343-9111 |
| 5524225 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2023 18:50:23 | CITI CARDS/CBNA, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 5524227 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2023 18:49:00 | COMENITY BANK, BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5524228 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2023 18:49:00 | COMENITY CAPITAL / BJS WHOLESALE, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 5524229 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2023 18:49:00 | COMMENITYCAPITAL/OVERSTOCK, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 5524230 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 28 2023 18:50:21 | DEPT OF ED/AIDVANTAGE, 1891 METRO CENTER DRIVE, RESTON, VA 20190-5287 |
| 5524231 | | Email/Text: mrdiscen@discover.com | Feb 28 2023 18:49:00 | DISCOVER, PO BOX 30943, SALT LAKE CITY, UT 84130 |
| 5524232 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 28 2023 18:50:23 | FIRST PREMIER BANK, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 5524233 | + | Email/Text: crdept@na.firstsource.com | | |

| Recip ID | | Notice Type | Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 28 2023 18:49:00 | FIRSTSOURCE ADVANTAGE, 205 BRYANT WOODS SOUTH, AMHERST, NY 14228-3609 |
| 5524224 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 28 2023 18:50:23 | CHASE BANK, PO BOX 15298, WILMINGTON, DE 19850 |
| 5524234 | + | Email/Text: Documentfiling@lciinc.com | Feb 28 2023 18:49:00 | LENDING CLUB CORP, 71 STEVENSON ST, SUITE 300, SAN FRANCISCO, CA 94105-2985 |
| 5524235 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 28 2023 18:49:00 | MIDLAND CREDIT MGT, 2365 NORTHSIDE DRIVE, SUITE 300, SAN DIEGO, CA 92108-2710 |
| 5524236 | | Email/Text: NCI_bankonotify@ncirm.com | Feb 28 2023 18:49:00 | NATIONWIDE CREDIT INC, PO BOX 14581, DES MOINES, IA 50306-3581 |
| 5524237 | | Email/PDF: ebnotices@pnmac.com | Feb 28 2023 18:50:17 | PENNYMAC LOAN SERVICES, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5524238 | + | Email/Text: pcabkt@phillips-cohen.com | Feb 28 2023 18:49:00 | PHILLIPS & COHEN ASSOC, 1002 JUSTISON STREET, WILMINGTON, DE 19801-5148 |
| 5524240 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 28 2023 18:50:08 | SYNCB/HSN, 4125 WINDWARD PLAZA, ALPHARETTA, GA 30005-8738 |
| 5524241 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 28 2023 18:50:16 | SYNCB/PPC, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5524242 | | Email/PDF: gecsedi@recoverycorp.com | Feb 28 2023 18:50:21 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5524243 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2023 18:50:17 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5524244 | | Email/Text: bknotice@upgrade.com | Feb 28 2023 18:49:00 | UPGRADE, 275 BATTER STREET 23RD FLOOR, SAN FRANCISCO, CA 94111 |
| 5524245 | | Email/Text: edinkel@vikingservice.com | Feb 28 2023 18:49:00 | VIKING CLIENT SERVICES, PO BOX 59207, MINNEAPOLIS, MN 55459-0207 |
| 5524246 | + | Email/PDF: DellBKNotifications@resurgent.com | Feb 28 2023 18:50:09 | WEBBANK/DFS, PO BOX 81607, AUSTIN, TX 78708-1607 |
| 5524247 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 28 2023 18:50:17 | WELLS FARGO CREDIT SERVICES, PO BOX 14517, DES MOINES, IA 50306-3517 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5524216 | ##+ | ALLTRAN FINANCIAL, PO BOX 610, SAUK RAPIDS, MN 56379-0610 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 3 of 3 |
| Date Rcvd: Feb 28, 2023 | Form ID: asextnd | Total Noticed: 32 |

Date: Mar 02, 2023   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Lois-Jean Cescilia Benjamin rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Lois-Jean Cescilia Benjamin lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| --- | --- | --- |
| Lois−Jean Cescilia Benjamin,<br>aka Lois−Jean Cescilia King−Benjamin, aka Lois−Jean Benjamin, aka Lois Jean C. King, aka Lois−Jean C. Benjamin, | Chapter | 13 |
| | Case No. | 5:23−bk−00404−MJC |
| **Debtor 1** | | |

## Notice

Notice is hereby given that:

The debtor(s) filed a Chapter 13 Bankruptcy Petition on February 27, 2023.

The debtor(s) filed a Motion to Extend the Automatic Stay in this case. A hearing on this matter has been scheduled for:

| **United States Bankruptcy Court**<br>**Max Rosenn US Courthouse,**<br>**Courtroom 2, 197 South Main Street,**<br>**Wilkes−Barre, PA 18701** | **Date: 3/21/23**<br>**Time: 10:00 AM** |
| --- | --- |

Any objection/response to the Motion must be filed and served on the debtor(s) on or before **March 19, 2023**.

If an objection/response is not filed by the objecting deadline and the debtor(s) (has/have) filed an Affidavit setting forth sufficient facts to support the motion and satisfy §362(c)(3) or (c)(4), the Court may grant the motion without conducting a hearing.

If no Affidavit is filed prior to the objecting deadline, or if the Affidavit filed is insufficient to satisfy the terms of 11 U.S.C. §362(c)(3) or (c)(4), or if any objections are filed within the prescribed objecting deadline, a hearing on this matter will be held.

**Consideration of a request to extend/impose the automatic stay must be accomplished within thirty (30) days of the bankruptcy petition filing date. It is the debtor(s)'s responsibility to request expedited consideration of a motion to extend when required.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 28, 2023 |

asextnd **(Notice of Hearing to Extend/Impose Stay) (05/18)**