# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lois-Jean Cescilia Benjamin a/k/a Lois-Jean Cescilia King-Benjamin, a/k/a Lois-Jean Benjamin, a/k/a Lois-Jean C. Benjamin, a/k/a Lois Jean C. King<br><br>Debtor(s) | BK NO. 23-00404 MJC<br><br>Chapter |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Michael Farrington
Michael Farrington
03 Mar 2023, 12:36:10, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322