United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Lois-Jean Cescilia Benjamin  
    Debtor

Case No. 23-00404-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Mar 22, 2023      Form ID: pdf010      Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lois-Jean Cescilia Benjamin, 5826 Decker Road, Bushkill, PA 18324-8866 |
| 5524218 | | AMERICAN EXPRESS LEGAL, PO BOX 278, RAMSEY, NJ 07446-0278 |
| 5524226 | + | CITY OF NEW YORK PENSION FUND, 340 JAY STREET, BROOKLYN, NY 11201-2930 |
| 5524239 | + | PROSPER MARKETPLACE INC, 101 2ND STREET FL 15, SAN FRANCISCO, CA 94105-3672 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 22 2023 18:53:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5526510 | | Email/Text: Bankruptcy@absoluteresolutions.com | Mar 22 2023 18:38:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 5524217 | + | Email/PDF: bncnotices@becket-lee.com | Mar 22 2023 18:53:02 | AMERICAN EXPRESS HEAD OFFICE, WORLD FINANCIAL CENTER, 200 VESEY STREET, NEW YORK, NY 10285-1000 |
| 5524219 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 22 2023 18:38:00 | BARCLAYS BANK, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 5524220 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 22 2023 18:38:00 | BARCLAYS BANK DELAWARE, 125 S WEST STREET, WILMINGTON, DE 19801-5014 |
| 5524221 | | Email/Text: cms-bk@cms-collect.com | Mar 22 2023 18:38:00 | CAPITAL MANAGEMENT SVCS, 698 1/2 S OGDEN STEET, BUFFALO, NY 14206-2317 |
| 5524222 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 22 2023 18:53:01 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5524223 | + | Email/Text: jessicaoehrlein@cpcrecovery.com | Mar 22 2023 18:38:00 | CENTRAL PORTFOLIO CONTROL INC, 10249 YELLOW CIRCLE DR STE 200, MINNETONKA, MN 55343-9111 |
| 5524225 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2023 18:53:02 | CITI CARDS/CBNA, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 5524227 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2023 18:38:00 | COMENITY BANK, BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5524228 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2023 18:38:00 | COMENITY CAPITAL / BJS WHOLESALE, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 5524229 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2023 18:38:00 | COMMENITYCAPITAL/OVERSTOCK, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 5528008 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 22 2023 18:53:09 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |

| Recipient # | | Delivery Method | Date/Time | Address |
| --- | --- | --- | --- | --- |
| 5524230 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 22 2023 18:53:06 | DEPT OF ED/AIDVANTAGE, 1891 METRO CENTER DRIVE, RESTON, VA 20190-5287 |
| 5524231 | | Email/Text: mrdiscen@discover.com | Mar 22 2023 18:38:00 | DISCOVER, PO BOX 30943, SALT LAKE CITY, UT 84130 |
| 5524232 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 22 2023 18:53:09 | FIRST PREMIER BANK, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 5524233 | + | Email/Text: crdept@na.firstsource.com | Mar 22 2023 18:38:00 | FIRSTSOURCE ADVANTAGE, 205 BRYANT WOODS SOUTH, AMHERST, NY 14228-3609 |
| 5524224 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 22 2023 18:53:06 | CHASE BANK, PO BOX 15298, WILMINGTON, DE 19850 |
| 5524234 | + | Email/Text: Documentfiling@lciinc.com | Mar 22 2023 18:38:00 | LENDING CLUB CORP, 71 STEVENSON ST, SUITE 300, SAN FRANCISCO, CA 94105-2985 |
| 5527073 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2023 18:53:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5524235 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 22 2023 18:38:00 | MIDLAND CREDIT MGT, 2365 NORTHSIDE DRIVE, SUITE 300, SAN DIEGO, CA 92108-2710 |
| 5524236 | | Email/Text: NCI_bankonotify@ncirm.com | Mar 22 2023 18:38:00 | NATIONWIDE CREDIT INC, PO BOX 14581, DES MOINES, IA 50306-3581 |
| 5524237 | | Email/PDF: ebnotices@pnmac.com | Mar 22 2023 18:53:10 | PENNYMAC LOAN SERVICES, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5524238 | + | Email/Text: pcabkt@phillips-cohen.com | Mar 22 2023 18:38:00 | PHILLIPS & COHEN ASSOC, 1002 JUSTISON STREET, WILMINGTON, DE 19801-5148 |
| 5525392 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2023 18:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5524240 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 18:53:02 | SYNCB/HSN, 4125 WINDWARD PLAZA, ALPHARETTA, GA 30005-8738 |
| 5524241 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 18:53:09 | SYNCB/PPC, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5524242 | | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 18:53:09 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5524620 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 18:53:09 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5524243 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2023 18:53:02 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5524244 | | Email/Text: bknotice@upgrade.com | Mar 22 2023 18:38:00 | UPGRADE, 275 BATTER STREET 23RD FLOOR, SAN FRANCISCO, CA 94111 |
| 5524245 | | Email/Text: edinkel@vikingservice.com | Mar 22 2023 18:38:00 | VIKING CLIENT SERVICES, PO BOX 59207, MINNEAPOLIS, MN 55459-0207 |
| 5524246 | + | Email/PDF: DellBKNotifications@resurgent.com | Mar 22 2023 18:53:06 | WEBBANK/DFS, PO BOX 81607, AUSTIN, TX 78708-1607 |
| 5524247 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 22 2023 18:53:06 | WELLS FARGO CREDIT SERVICES, PO BOX 14517, DES MOINES, IA 50306-3517 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5524216 | ##+ | ALLTRAN FINANCIAL, PO BOX 610, SAUK RAPIDS, MN 56379-0610 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2023　　　　　　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Lois-Jean Cescilia Benjamin rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Lois-Jean Cescilia Benjamin lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Lois-Jean Cescilia Benjamin | : | Chapter 13 |
| *aka* Lois-Jean Cescilia King-Benjamin | : | |
| *aka* Lois-Jean Benjamin | : | Case No. 5:23-bk-00404-MJC |
| *aka* Lois-Jean C. Benjamin | : | |
| *aka* Lois Jean C. King | : | |
| Debtor. | : | |
| | : | |
| Lois-Jean Cescilia Benjamin, | : | |
| Movant, | : | Motion to |
| vs. | : | Extend Automatic Stay |
| PennyMac Loan Services, Ally Financial and all parties listed on the mailing matrix filed with the Clerk, | : | |
| Respondents, | : | |

## ORDER GRANTING
## MOTION TO EXTEND AUTOMATIC STAY

Upon consideration of the Debtor's **Motion to Extend Automatic Stay** pursuant to Section 362(c)(3)(B), Dkt. # 9 ("Motion"), it appearing from the Motion and Affidavit filed therewith that the filing of the above-captioned Chapter 13 Bankruptcy Case was filed in good faith, and after a hearing held on March 21, 2023, it is hereby

**ORDERED** that the said **Motion to Extend Automatic Stay** be and is hereby **GRANTED**; and it is further

**ORDERED** that the automatic stay in the above-captioned case is hereby **EXTENDED** as to all creditors, until such time as the herein case is dismissed, discharged, or this Court enters an Order modifying the stay.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: March 21, 2023