United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-00404-MJC
Lois-Jean Cescilia Benjamin  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Apr 11, 2023 | Form ID: ntcnfhrg | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lois-Jean Cescilia Benjamin, 5826 Decker Road, Bushkill, PA 18324-8866 |
| 5524218 | | AMERICAN EXPRESS LEGAL, PO BOX 278, RAMSEY, NJ 07446-0278 |
| 5524226 | + | CITY OF NEW YORK PENSION FUND, 340 JAY STREET, BROOKLYN, NY 11201-2930 |
| 5524239 | + | PROSPER MARKETPLACE INC, 101 2ND STREET FL 15, SAN FRANCISCO, CA 94105-3672 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 11 2023 18:44:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5526510 | | Email/Text: Bankruptcy@absoluteresolutions.com | Apr 11 2023 18:39:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 5524217 | + | Email/PDF: bncnotices@becket-lee.com | Apr 11 2023 18:57:28 | AMERICAN EXPRESS HEAD OFFICE, WORLD FINANCIAL CENTER, 200 VESEY STREET, NEW YORK, NY 10285-1000 |
| 5531397 | | Email/PDF: bncnotices@becket-lee.com | Apr 11 2023 18:57:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5524219 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 11 2023 18:39:00 | BARCLAYS BANK, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 5524220 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 11 2023 18:39:00 | BARCLAYS BANK DELAWARE, 125 S WEST STREET, WILMINGTON, DE 19801-5014 |
| 5524221 | | Email/Text: cms-bk@cms-collect.com | Apr 11 2023 18:39:00 | CAPITAL MANAGEMENT SVCS, 698 1/2 S OGDEN STEET, BUFFALO, NY 14206-2317 |
| 5524222 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2023 18:44:24 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5524223 | + | Email/Text: jessicaoehrlein@cpcrecovery.com | Apr 11 2023 18:39:00 | CENTRAL PORTFOLIO CONTROL INC, 10249 YELLOW CIRCLE DR STE 200, MINNETONKA, MN 55343-9111 |
| 5524225 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 11 2023 18:44:27 | CITI CARDS/CBNA, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 5524227 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 11 2023 18:39:00 | COMENITY BANK, BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5524228 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 11 2023 18:39:00 | COMENITY CAPITAL / BJS WHOLESALE, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 5524229 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 11 2023 18:39:00 | COMMENITYCAPITAL/OVERSTOCK, PO BOX 182120, COLUMBUS, OH 43218-2120 |

| Recipient # | | Notice Method | Date/Time | Party |
|---|---|---|---|---|
| 5528008 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2023 18:44:40 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5524230 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 11 2023 18:44:40 | DEPT OF ED/AIDVANTAGE, 1891 METRO CENTER DRIVE, RESTON, VA 20190-5287 |
| 5524231 | | Email/Text: mrdiscen@discover.com | Apr 11 2023 18:39:00 | DISCOVER, PO BOX 30943, SALT LAKE CITY, UT 84130 |
| 5524232 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 11 2023 18:44:41 | FIRST PREMIER BANK, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 5524233 | + | Email/Text: crdept@na.firstsource.com | Apr 11 2023 18:39:00 | FIRSTSOURCE ADVANTAGE, 205 BRYANT WOODS SOUTH, AMHERST, NY 14228-3609 |
| 5524224 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 11 2023 18:44:23 | CHASE BANK, PO BOX 15298, WILMINGTON, DE 19850 |
| 5524234 | + | Email/Text: Documentfiling@lciinc.com | Apr 11 2023 18:39:00 | LENDING CLUB CORP, 71 STEVENSON ST, SUITE 300, SAN FRANCISCO, CA 94105-2985 |
| 5527073 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 18:44:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5524235 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 11 2023 18:39:00 | MIDLAND CREDIT MGT, 2365 NORTHSIDE DRIVE, SUITE 300, SAN DIEGO, CA 92108-2710 |
| 5524236 | | Email/Text: NCI_bankonotify@ncirm.com | Apr 11 2023 18:39:00 | NATIONWIDE CREDIT INC, PO BOX 14581, DES MOINES, IA 50306-3581 |
| 5524237 | | Email/PDF: ebnotices@pnmac.com | Apr 11 2023 18:44:43 | PENNYMAC LOAN SERVICES, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5524238 | + | Email/Text: pcabkt@phillips-cohen.com | Apr 11 2023 18:39:00 | PHILLIPS & COHEN ASSOC, 1002 JUSTISON STREET, WILMINGTON, DE 19801-5148 |
| 5530735 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 11 2023 18:44:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5525392 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 11 2023 18:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5524240 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 11 2023 18:44:31 | SYNCB/HSN, 4125 WINDWARD PLAZA, ALPHARETTA, GA 30005-8738 |
| 5524241 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 11 2023 18:44:41 | SYNCB/PPC, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5524242 | | Email/PDF: gecsedi@recoverycorp.com | Apr 11 2023 18:44:40 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5524620 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 11 2023 18:44:40 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5524243 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 11 2023 18:44:43 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5524244 | | Email/Text: bknotice@upgrade.com | Apr 11 2023 18:39:00 | UPGRADE, 275 BATTER STREET 23RD FLOOR, SAN FRANCISCO, CA 94111 |
| 5524245 | | Email/Text: edinkel@vikingservice.com | Apr 11 2023 18:39:00 | VIKING CLIENT SERVICES, PO BOX 59207, MINNEAPOLIS, MN 55459-0207 |
| 5524246 | + | Email/PDF: DellBKNotifications@resurgent.com | Apr 11 2023 18:44:33 | WEBBANK/DFS, PO BOX 81607, AUSTIN, TX 78708-1607 |
| 5524247 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 11 2023 18:44:32 | WELLS FARGO CREDIT SERVICES, PO BOX 14517, DES MOINES, IA 50306-3517 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5531473 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5524216 | ##+ | ALLTRAN FINANCIAL, PO BOX 610, SAUK RAPIDS, MN 56379-0610 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Lois-Jean Cescilia Benjamin rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Lois-Jean Cescilia Benjamin lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| Lois−Jean Cescilia Benjamin,<br>aka Lois−Jean Cescilia King−Benjamin, aka Lois−Jean Benjamin, aka Lois Jean C. King, aka Lois−Jean C. Benjamin,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 5:23−bk−00404−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 11, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: May 18, 2023<br><br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 11, 2023 |

ntcnfhrg (08/21)